UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 97-rj-00022

UNITED STATES OF AMERICA,

Plaintiff,

v.

ANGELIQUE KENELLEY-MITCHELL,

Defendant,

and

URS-WASHINGTON DIVISION,

Garnishee.

---

**GARNISHEE ORDER**

---

On motion of the United States, and good cause appearing, IT IS HEREBY

ORDERED that Garnishee URS-Washington Division shall, each pay period, pay 25%

of Defendant's disposable wages to the United States and shall continue said payments

until the judgment debt herein is paid in full, or until the Garnishee no longer has

custody, possession, or control of any property belonging to the Defendant, or until

further order of this Court.

BY THE COURT:

Dated: _September 25, 2009_

_____
UNITED STATES ~~DISTRICT~~ JUDGE
MAGISTRATE