IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 97-rj-00022-NONE-KLM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ANGELIQUE KENELLEY-MITCHELL,

    Defendant,

and

URS-WASHINGTON DIVISION,

    Garnishee.

---

## ORDER DISMISSING WRIT OF GARNISHMENT

This matter coming before the Court on motion of the Plaintiff and the Court being fully advised in the premises, the Court hereby **ORDERS** that the Motion to Dismiss Writ of Garnishment in this case is GRANTED.

ORDERED and entered this 12th day of July, 2010.

BY THE COURT:

_____
UNITED STATES MAGISTRATE JUDGE